22-1706 Howard v. Consolidated Edison. Thank you. Ms. Howard, you have five minutes and you may proceed when you're ready. Okay. Good morning. My name is Kawana S. Howard. So I'm here today because I believe that, I'm here today because I believe that Judge Vitaliano's recommendations were inaccurate and that he didn't really read the case entirely. I was terminated from Con Ed in 2015 while I was out sick from foot surgery. What happened was February 3rd I had an accident at work. I fell on a block of ice that particular day. The next day my leg when I woke up was swollen and it was black and blue. But I went to work. I told the supervisors that I would leave early. My direct supervisor, she wasn't there, called a primus. She wasn't there. I spoke to Ricardo Rodriguez that morning. I went to the city because I had meetings at Fort Irving Place. I wasn't supposed to go to 30 Flatbush that particular morning until after. I went to the city, had my meetings. I came back. I did my work. I left the job about 1245. I went to CVS to get water. I walked to the parking lot which took about 20 minutes down Fulton because the streets were still icy. This is the year that we had the ice storm in 2015. I got my car. I went to a location to check a job as per the supervisor on shift, Ricardo Rodriguez. At 2 o'clock I left work from 2 to 3.30. I took an hour of vacation time and 30 minutes is my allotted time for lunch. There is no set time in Con Ed's rules and regulations on when someone must take lunch which they tried to argue. But there's no rules stating that. My time was approved by Carla Primus. They later reversed the time. They forced her to reverse the time even though she approved it. They terminated me when I was at medical. They ambushed me in the elevator. I was heavily sedated with medication because I had just had foot surgery. But I had to go to a required medical appointment. When I was terminated I had just came from that appointment. I've been fighting this case since 2015 because I should not have been terminated from Con Ed. They said I was AWOL and insubordinate. So as part of Con Ed's work management guide, AWOL is somebody that doesn't come to work. I was at work on that particular day. So I was not AWOL. I was accounted for. The supervisors knew where I was. And I was not insubordinate in anything. Everything that they asked of me I complied with. During any of the fact findings that they had, everything that they required, I answered all questions and provided whatever documentation they needed. The only thing was the doctor's office which is Dr. Ito Providence which is on Newkirk Avenue. His office had closed down and I was unable to get in contact with him until recently. He had left. There was no way to contact him. I called the medical board to try to figure out how I can get medical records. But because he was the person that kept paper, he was not in the computer system. So there was nothing that they can do. But I did have prior incidents that Con Ed used which they were not allowed to. I did have written agreements in place that none of my past discipline could be used in this particular case. But Con Edison, they didn't care about that. They utilized it anyway. And I will stand here and tell you that some discipline, I did have discipline prior. I took full responsibility for my discipline. The discipline in 2014, I was sexually harassed. Con Ed never followed through with that. The doctor at that particular incident that gave me the all-inclusive final one, he wanted me to get undressed in front of him because I have back issues Con Ed is aware of. And I told him I would not take my shirt off because prior doctors allowed me, they never asked me to unrobe. They only did like had me do certain movements to check my back to see how far I could bend down. But this particular doctor wanted me to get undressed so I told him I was not. And instead of him allowing me to see another doctor, he told him that I was noncompliant, which I was, but I'm not going to get undressed in an office building. It's not even, I didn't even know if he was a real doctor. So this whole case was just, I honestly don't think that I should have been terminated. And this has been the longest eight years. I've been fighting with them and I mean, I don't know what else to say. All right. Thank you, Ms. Howard. We understand your arguments and the matter is submitted.